**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Clem Commers, et al.,

        Plaintiffs,          Civil No. 08-564 (RHK/AJB)

vs.          **DISQUALIFICATION AND**
        **ORDER FOR REASSIGNMENT**

DLS Precision Installations, Inc.,
et al.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 23, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge